BEFORE THE SECOND DIVISION, DECEMBER 16, 1964

**No. 68956.**—Instrumentation Associates, Inc. *v.* United States, protests 60/4037 and 60/4038 (New York).

Opinion by LAWRENCE, J. In accordance with stipulation of counsel that the merchandise consists of "Pulmo-analysors" similar in all material respects to those the subject of *Instrumentation Associates* v. *United States* (51 Cust. Ct. 136, C.D. 2421), the claim of the plaintiff was sustained.

BEFORE THE FIRST DIVISION, DECEMBER 17, 1964

**No. 68957.**—Manca, Inc. *v.* United States, protest 63/13028 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the articles of merchandise, designated on the invoice as "10 Micro Camera Attachments CAFAM," are not essential for the operation of optical instruments, can be used with items other than optical instruments, and that they are, in fact, parts of cameras, the claim of the plaintiff was sustained.

**No. 68958.**—Ross Products, Inc. *v.* United States, protest 59/22895 (New York).

Opinion by OLIVER, C.J. In accordance with stipulation of counsel that the merchandise consists of permanently fitted plastic cases similar in all material respects to those the subject of Abstract 67837, the claim of the plaintiff was sustained.